[No. 11563-1-III.   Division Three.   January 19, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. KATHLEEN MARIE MURBACH, *Appellant*.

Appeal from a judgment of the Superior Court for Stevens County, No. 90-1-00060-0, Larry M. Kristianson, J., entered

April 24, 1991. *Affirmed* by unpublished opinion per Thompson, A.C.J., concurred in by Munson and Sweeney, JJ.